UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 25-2845-DMG (Ex)** | Date | February 23, 2026 |
|---|---|---|---|

| Title | ***Victoria Arroyo v. Costco Wholesale Corporation*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable     DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:** **IN CHAMBERS—ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON IGOR FRADKIN AND DOWNTOWN LA LAW GROUP**

Plaintiff Victoria Arroyo filed a request for judicial notice [Doc. # 17] that purports to refer to four decisions of Superior Courts and one decision of the Central District of California as "attached exhibits." The decisions are not attached to the request, and sufficient information to locate them (*i.e.*, case numbers) is not included. [*See also* Doc. # 18 at 5 (referring to the same decisions without attaching them or providing identifying information).] Indeed, after a reasonable search to locate the Central District of California decision Arroyo's counsel cites, it does not appear that decision exists.

Accordingly, Arroyo's counsel Igor Fradkin and any other attorney responsible for the citations discussed herein are **ORDERED TO SHOW CAUSE** why sanctions should not be imposed pursuant to Federal Rule of Civil Procedure 11 on Fradkin and Downtown LA Law Group. *See* Fed. R. Civ. P. 11(c)(1). The response to this order shall be filed by no later than noon on February 26, 2026. Counsel shall be prepared to address this issue (including whether counsel used artificial intelligence applications to prepare their request for judicial notice) at the hearing on the motion to disqualify on February 27, 2026 at 9:30 a.m.

**IT IS SO ORDERED**.

---

CV-90                                    **CIVIL MINUTES—GENERAL**                    Initials of Deputy Clerk DD