UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ARROYO, an individual, | Case No. ED CV 25−2845 DMG (Ex) |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | **[FRCP 41(A)] [32]** |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOE 1 (MANAGER); and DOES 2-50, inclusive, | |
| Defendants. | |

Pursuant to the parties' Stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' Settlement Agreement.

DATED:  April 14, 2026

_____
DOLLY M. GEE
Chief United States District Judge

- 1 -
ORDER RE DISMISSAL OF ACTION WITH PREJUDICE
[FRCP 41(A)]